UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

FILED
JUN 0 2 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 03-CV-616-EA (M) |
| RX DEPOT, INC. and RX OF CANADA, LLC, corporations, and CARL MOORE and DAVID PEOPLES, individuals, | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS' COUNTERCLAIMS WITH BRIEF IN SUPPORT

Plaintiff, the United States of America, through its undersigned attorneys, moves for summary judgment pursuant to Fed. Rule Civ. P. 56(b) as to the Defendants' counterclaims. Plaintiff previously filed a Motion for Summary Judgment as to its own claims[1] and a subsequent reply to the Defendants' response to that motion. See Dkt. # 46-50. For the same reasons expressed in those pleadings, Plaintiff seeks summary judgment with regard the counterclaims stated in the Defendants' Answer and modified by Defendants' Motion to Amend Answer and Counterclaims.

In the "Counterclaims for Injunctive Relief" section of their Answer, the Defendants claim that: 1) FDA's conduct "unduly burdens interstate commerce" through a "discriminatory policy of

---

[1] That motion inadvertently cited Fed. Rule Civ. P. 56(b) rather than 56(a).



selective enforcement," 2) that enforcement of FDA regulations denies the Defendants rights guaranteed by the Privileges and Immunities Clause, 3) that FDA's enforcement action is prohibited by the Equal Protection Clause, and 4) that FDA's actions violate the Defendants' First Amendment rights. See Def. Ans. (Dkt. # 14) at 7-10. Plaintiff has addressed each of these points previously, and none merit additional discussion. See Pl. Mot. for Summ. Jmt. (Dkt. # 46) at 11, Pl. Reply (Dkt. # 50) at 4-5, 6-8; see also United States v. Rx Depot et al., 290 F. Supp.2d 1238 (N.D. Okla. 2003), "Conclusions of Law" at ¶¶19-26. Defendants themselves have acknowledged that "FDA has the Congressional authority to ban these Canadian-imported drugs altogether for the purpose of public safety." Def. Resp. to Pl. Mot. for Summ. Jmt. (Dkt. # 49) at 16.

For the reasons cited above and in the government's previous pleadings, and for the reasons outlined by the Court in its November 6, 2003, Order, Plaintiff respectfully requests that summary judgment be granted in favor of the United States with respect to the Defendants' counterclaims. There exists no genuine issue of material fact regarding these claims, and Plaintiff is entitled to judgment as a matter of law.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

EUGENE M. THIROLF
Director
Office of Consumer Litigation

ALAN PHELPS
Trial Attorney
GERALD KELL
Senior Trial Counsel
Office of Consumer Litigation
Department of Justice
P.O. Box 386
Washington, DC  20044
Phone: (202) 307-6154
Fax: (202) 514-8742

DAVID E. O'MEILIA
United States Attorney

CATHRYN MCCLANAHAN
Assistant U.S. Attorney
333 W. 4th Street, Ste. 3460
Tulsa, OK 74103
Phone: (918) 581-7463
Fax: (918) 581-7769

OF COUNSEL:

ALEX M. AZAR II
General Counsel

DANIEL E. TROY
Chief Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel,
Litigation

MICHAEL M. LEVY
Associate Chief Counsel for
Enforcement

United States Department of
Health and Human Services
Office of the General Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS' COUNTERCLAIMS WITH BRIEF IN SUPPORT was sent via facsimile and first class mail this 2nd day of June, 2004, to the following:

> Fred Stoops, Esq.
> Richardson, Stoops, Richardson, & Ward
> 6555 South Lewis Avenue
> Tulsa, OK 74136
> fax: (918) 493-1925

*Carie McWilliams*
Carie McWilliams
Legal Assistant