UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**FILED**
JAN 11 2007
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Counter-Defendant - Appellant, <br><br> v. <br><br> RX DEPOT, INC., corporation; RX OF CANADA, LLC., corporation; CARL MOORE, individual; DAVID PEOPLES, individual, <br><br> Defendants-Counter-Claimants - Appellees, <br><br> WASHINGTON LEGAL FOUNDATION, <br><br> Amicus Curiae. | No. 05-5003 <br><br> 03-CV-616-CVE-FHM |

ORDER

Filed October 11, 2006

Before **HENRY, McWILLIAMS,** and **MURPHY,** Circuit Judges.

In light of the parties' status reports, the court order dated June 26, 2006 that granted appellees' motion for stay of execution of judgment is hereby dissolved. The mandate of this

court shall issue as of the date of this order.

                                    Entered for the Court
                                    ELISABETH A. SHUMAKER, Clerk

                                    by:
                                    Deputy Clerk

-2-

FILE COPY

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

October 11, 2006

NOTIFICATION OF MAILING

Re:   05-5003, United States v. RX Depot, Inc.
      Dist/Ag docket: CV-03-616-EA(M)

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Alan Phelps
United States Department of Justice
1331 Pennsylvania Ave., N.W.
Suite 950N
Washington, DC 20004

Mr. Gerald Kell
United States Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20044

Ms. Cathryn McClanahan
Office of the United States Attorney
111 West Seventh Street
Suite 300
Tulsa, OK 74119-1029

Mr. Mark Reiling Freeman
U.S. Department of Justice
Room 7228
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Mr. Scott R. McIntosh
U.S. Department of Justice
950 Pennsylvania Ave.
Room 7259
Washington, DC 20530-0001

Fred E. Stoops, Sr.
Richardson, Stoops & Keating
6555 S. Lewis, Suite 200
Tulsa, OK 74136-1010
Ms. Diane Hinkle

Mr. Gary L. Richardson
Richardson, Stoops & Keating
6555 S. Lewis, Suite 200
Tulsa, OK 74136-1010

Mr. Daniel J. Popeo
Mr. Richard A. Samp
Washington Legal Foundation
2009 Massachusetts Avenue, N.W.
Washington, DC 20036

Honorable Claire V. Eagan
District Judge
U.S. Courthouse
333 W. Fourth Street
Tulsa, OK 74103

Mr. Phil Lombardi
Clerk
United States District Court for the N. District of Oklahoma
333 W. Fourth Street
Room 411 United States Courthouse
Tulsa, OK 74103

---
DEPUTY CLERK