# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.  03-CV-0616-CVE-FHM |
| v. ) | |
| ) | |
| **RX DEPOT, INC. and RX OF CANADA,** ) | |
| **LLC, corporations, and** ) | |
| **CARL MOORE and DAVID PEOPLES,** ) | |
| **individuals,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Before the Court is the parties' Stipulation filed April 18, 2007 (Dkt. # 108).  The Court accepts that Stipulation, and this case is hereby **CLOSED**.  The Consent Decree of Permanent Injunction of August 20, 2004 (Dkt. # 66), remains in full force and effect.

**IT IS SO ORDERED** this 18th day of April, 2007.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT